DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**JOHNNIE HOGAN,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2025-0503

[May 21, 2025]

Appeal of order denying rule 3.800 motion from the Circuit Court for the Nineteenth Judicial Circuit, St. Lucie County; Michael J. Linn, Judge; L.T. Case No. 1995CF001969A.

Johnnie Hogan, Indiantown, pro se.

No appearance required for appellee.

PER CURIAM.

*Affirmed.* See Ratliff v. State, 914 So. 2d 938 (Fla. 2005); Padgett v. State, No. 3D25-0349, 2025 WL 1172840, at *1 (Fla. 3d DCA Apr. 23, 2025).

WARNER, MAY and KUNTZ, JJ., concur.

\* \* \*

***Not final until disposition of timely filed motion for rehearing.***